**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Charles Ray Moore |
| Debtor 2 (Spouse, if filing) | Earisdean Moore |
| United States Bankruptcy Court for the: | Western District of Arkansas |
| Case number | 18-72478 |

Official Form 410S1

# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust c/o SN Servicing Corporation

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 4 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 544.92

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 99.91        New escrow payment: $ 116.71

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Charles Ray Moore | Case number (if known) 18-72478 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Christopher K. Baxter        Date  09/29/2019
Signature

| Print: | Christopher K. Baxter | Title | Attorney |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Company | Marinosci Law Group |
|---|---|

| Address | 14643 Dallas Parkway, Suite 750 |
|---|---|
| | Number   Street |
| | Dallas          TX      75254 |
| | City          State    ZIP Code |

| Contact phone | 972-331-2300 | Email | txbk@mlg-defaultlaw.com |
|---|---|---|---|

SN Servicing Corporation                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  September 19, 2019

EARISDEAN MOORE                                                                                  Loan:
CHARLES R MOORE
PO BOX 6400                                          Property Address:
HOT SPRINGS NATIONAL PARK AR  71902                  222 ADAMS STREET
                                                     HAMPTON, AR  71744

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Mar 2019 to Oct 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 428.21 | 428.21 |
| Escrow Payment: | 99.91 | 116.71 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $528.12 | $544.92 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2019 |
| Escrow Balance: | 124.26 |
| Anticipated Pmts to Escrow: | 599.46 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $723.72 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (579.77) |
| Mar 2019 | | | | 310.24 | * | County Tax | 0.00 | (890.01) |
| Apr 2019 | | | | 964.26 | * | Homeowners Policy | 0.00 | (1,854.27) |
| May 2019 | | 451.75 | | | * | | 0.00 | (1,402.52) |
| Jun 2019 | | 1,374.76 | | | * | Escrow Only Payment | 0.00 | (27.76) |
| Jun 2019 | | | | 47.80 | * | Escrow Only Payment | 0.00 | (75.56) |
| Aug 2019 | | 199.82 | | | * | | 0.00 | 124.26 |
| | | | | | | Anticipated Transactions | 0.00 | 124.26 |
| Sep 2019 | | 499.55 | | | | | | 623.81 |
| Oct 2019 | | 99.91 | | | | | | 723.72 |
| | $0.00 | $2,625.79 | $0.00 | $1,322.30 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 19, 2019

EARISDEAN MOORE                                                                                      Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 723.72 | 849.66 |
| Nov 2019 | 106.21 | | | 829.93 | 955.87 |
| Dec 2019 | 106.21 | | | 936.14 | 1,062.08 |
| Jan 2020 | 106.21 | | | 1,042.35 | 1,168.29 |
| Feb 2020 | 106.21 | | | 1,148.56 | 1,274.50 |
| Mar 2020 | 106.21 | | | 1,254.77 | 1,380.71 |
| Apr 2020 | 106.21 | 964.26 | Homeowners Policy | 396.72 | 522.66 |
| Apr 2020 | | 310.24 | County Tax | 86.48 | 212.42 |
| May 2020 | 106.21 | | | 192.69 | 318.63 |
| Jun 2020 | 106.21 | | | 298.90 | 424.84 |
| Jul 2020 | 106.21 | | | 405.11 | 531.05 |
| Aug 2020 | 106.21 | | | 511.32 | 637.26 |
| Sep 2020 | 106.21 | | | 617.53 | 743.47 |
| Oct 2020 | 106.21 | | | 723.74 | 849.68 |
| | $1,274.52 | $1,274.50 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 212.42. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 212.42 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 723.72. Your starting balance (escrow balance required) according to this analysis should be $849.66. This means you have a shortage of 125.94. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 1,274.50. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 106.21 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 10.50 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $116.71 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $534.42 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

**CERTIFICATE OF SERVICE**

  I, Christopher K. Baxter, certify that a true and correct copy of the Notice of Mortgage Payment Change was served on the Debtor via United States Mail at the address listed on PACER, and the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via ECF/Electronic Mail on September 29, 2019

                     Marinosci Law Group, P.C.
                      */s/Christopher K. Baxter*
                      Christopher K. Baxter
                      14643 Dallas Parkway, Ste. 750
                      Dallas, Texas 75254
                      Telephone: (972) 331-2300
                      Facsimile: (972) 331-5240
                      Email: txbk@mlg-defaultlaw.com
                      ATTORNEYS FOR CREDITOR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0861-1<br>Case 1:18-bk-72478<br>Western District of Arkansas<br>El Dorado<br>Thu Sep 26 08:05:10 CDT 2019 | El Dorado Division<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201-2400 | AllianceOne Receivables Management, Inc.<br>PO Box 3111<br>Southeastern, PA 19398-3111 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CABUN RURAL HEALTH SERVICES<br>200 EAST 11th Suite K<br>PINE BLUFF, AR 71601-5063 |
| CACH, LLC its successors and assigns as assi<br>of Synchrony Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Cabun<br>PO Box 851<br>Hampton, AR 71744-0851 | Cabun Rural Health Services<br>PO Box 1196<br>Hampton, AR 71744-1196 |
| Cach, LLC<br>4340 S Monaco St Fl 2<br>Denver, CO 80237-3485 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 | Creech Tire<br>440 Adams Ave SW<br>Camden, AR 71701-4270 |
| Federal National Mortgage Association<br>c/o Seterus Inc<br>PO Box 1047<br>Hartford, CT 06143-1047 | Federal National Mortgage Association (Fanni<br>Seterus, Inc.<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | First Bank<br>1120 W Washington St<br>Camden, AR 71701-3827 |
| MCSA<br>700 W Grove St<br>El Dorado, AR 71730-4416 | MCSA LLC d/b/a MEDICAL CENTER OF SOUTH ARKAN<br>c/o FABER AND BRAND LLC<br>PO BOX 10110<br>COLUMBIA MO 65205-4000 | Medical Center of South Arkansa<br>PO Box 844025<br>Dallas, TX 75284-4205 |
| Medical Data Systems<br>2120 15th Ave<br>Vero Beach, FL 32960-3436 | Medical Labs of Arkansas<br>11001 Executive Center Dr Ste 200<br>Little Rock, AR 72211-4393 | Nationwide Recovery Services<br>PO Box 8005<br>Cleveland, TN 37320-8005 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Account Services<br>PO Box 188<br>Brentwood, TN 37024-0188 |
| Quantum3 Group, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Santander Consumer Usa<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Shared Medical Service Inc<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 |
| South Arkansas Physician Services<br>PO Box 9133<br>Belfast, ME 04915-9133 | Thd/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Bank Trust National Association as Trus<br>of Chalet Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 |

| | | |
|---|---|---|
| U.S. Trustee (ust) <br> Office Of U. S. Trustee <br> 200 W Capitol, Ste. 1200 <br> Little Rock, AR 72201-3618 | Verizon by American InfoSource as agent <br> 4515 N Santa Fe Ave <br> Oklahoma City, OK 73118-7901 | April N. Kersten <br> Dickerson Law Firm <br> P.O. Box 6400 <br> Hot Springs, AR 71902-6400 |
| Charles Ray Moore <br> 222 Adams <br> Hampton, AR 71744-8068 | Earisdean Moore <br> 222 Adams <br> Hampton, AR 71744-8068 | Jack W. Gooding <br> Chapter 13 Standing Trustee <br> P.O. Box 8202 <br> Little Rock, AR 72221-8202 |
| Samantha L Lambert <br> Dickerson Law Firm, P.A. <br> PO Box 6400 <br> Hot Springs, AR 71902-6400 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA  23541-0914

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SN Servicing Corporation       (u)Seterus, Inc.                  End of Label Matrix
                                                                    Mailable recipients    36
                                                                    Bypassed recipients     2
                                                                    Total                  38